UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN TRANSPORTATION SERVICES, INC., AZ/CFS WEST, INC. and DOES 1 through 10,<br><br>　　　　Defendants.<br>_____ | Case No.  2:14-cv-06602-JAK(Ex)<br>[Related Case No. CV14-07352 JAK(Ex)]<br><br>**ORDER GRANTING STIPULTION TO DISMISS CASE**<br><br>**JS-6**<br><br><br><br>Complaint Filed: June 20, 2014 |

Having considered the Stipulation to Dismiss filed herein, and good cause appearing therefore, it is hereby ORDERED that plaintiff's Complaint is dismissed, **with prejudice**, as to defendants LINCOLN TRANSPORTATION SERVICES, INC. ("LINCOLN") and AZ/CFS WEST, INC. ("AZ WEST"), and without prejudice as to DOES 1 through 10, inclusive, with all parties to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 16, 2014

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFFS' COMPLAINT
Case No.: 2:14-cv-06602-JAK(Ex), Our File No.: 5721.98